PER CURIAM.
Affirmed. Wong Sun v. United States, 371 U.S. 471, 83 S.Ct. 407, 9 L.Ed.2d 441 (1963); Miranda v. Arizona, 384 U.S. 436, 86 S.Ct. 1602, 16 L.Ed.2d 694 (1966); DeConingh v. State, No. 61,008 (Fla. Oct. 28, 1982) [7 FLW 497]; B.L. v. State, 425 So.2d 1178 (Fla. 3d DCA 1983); Tierney v. State, 404 So.2d 206 (Fla. 2d DCA 1981); Lornitis v. State, 394 So.2d 455 (Fla. 1st DCA 1981); French v. State, 198 So.2d 668 (Fla. 3d DCA 1967).